**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

FILED

MAR - 2 2017

DAVID CREWS, CLERK
BY _____ Deputy

Trent A. Horton
Plaintiff(s)

Jury

v.                                    CIVIL ACTION No. 1:17CV38-mPm-DAS

Systems Automotive Interiors, et al Toyota Boshuky
Defendant(s) (See attached) William Cooley
Toni Cooley      Jishua Ashikra
Mike McGuffie
William Cooley

**COMPLAINT**

1. This civil action is commenced by Trent A. Horton, Plaintiff, under the following statutory law (place a check mark in the appropriate box):

☑ Title VII of the Civil Rights Act of 1964, 42 USC §§ 2000e et seq., for employment discrimination on the basis of race, color, sex (gender, pregnancy, and sexual harassment), religion, or national origin.

☐ The Age Discrimination in Employment Act [ADEA], 29 USC §§ 621 et seq.

☐ The Americans With Disabilities Act [ADA], 42 USC §§ 12102 et seq.

☐ The Equal Pay Act [EPA], 29 USC § 206(d).

☐ The Rehabilitation Act of 1973, 29 USC §§ 791 et seq. (Applicable to federal employees only).

2. Plaintiff's address is  5159 Race Pont Pl  Wuodbridge VA  22193
   (Street or P.O. Box)      (City)        (State)    (ZIP)

3. Defendant's address is  253 Old Jackson Rd  Madison Ms  39116
   (Street or P.O. Box)      (City)        (State)    (ZIP)

4.A. Plaintiff (check one)—

☐ sought employment from the Defendant
       or,
☑ was employed by Defendant at  Mantachie  Ms.
                                (City and State)

Toni Cooley

Mike McGuffie

William Cooley

Lillian Cooley

Joshua Ashokie

MR. Kawaski

Todd Sousa

MR. Ogawa

MR. Myoshi

~~Toyota Bosuku~~

Toyota Boshuku
Systems Automotive Interiors

4B. If Defendant is an employer—

☑ At all times relevant to this claim of discrimination, Defendant had _130_ employees.

(Insert number)

4C. If Defendant is a union—

❑ At all times relevant to this claim of discrimination, Defendant had _____ members.

(Insert number)

5A. If the act(s) of discrimination happened on one day only—

❑ The discrimination happened on this date: _____

5B. If the act(s) of discrimination happened on more than one day—

❑ The discrimination began on this date: _Nov. 2015_ and ended on this

date: _March 2016_ .

6. On or about _March 2016_ Plaintiff filed charges against Defendant with the Equal Employment Opportunity Commission [EEOC], charging Defendant with the acts of discrimination stated in paragraph 10 of this Complaint. [Not applicable to federal employees].

7. On or about _20 December 2016_ the EEOC issued Plaintiff a RIGHT TO SUE LETTER.

8. Plaintiff received the RIGHT TO SUE LETTER on or about _25 December 2016_.

---

**Notice:**
Attach to this Complaint a copy of your RIGHT TO SUE LETTER and the envelope in which the letter was received by you.

---

9. (Check one): The EEOC issued a DETERMINATION: ❑ Yes ☑ No

---

**Notice:**
If you checked *Yes*, attach to this Complaint a copy of the EEOC's DETERMINATION.

---

-2-

**Special Instructions: Please read paragraph 10 carefully and completely before completing.**

10. Defendant—

(place a check mark ✔ in all of the following selections that are applicable to your Complaint)

❑ Failed to employ Plaintiff            ☑ Fired Plaintiff

❑ Failed to promote Plaintiff          ☑ Harassed Plaintiff

☑ Other (specify *clearly* and *briefly*): CREATED A Hostile
WORK ENVIRONMENT.
_____

_____

because of—

☑ Plaintiff's race (state your race BlACK )

❑ Plaintiff's color (state your color _____ )

❑ Plaintiff's sex (gender, pregnancy, or sexual harassment) (If applicable, state your sex and

your claim: _____ )

❑ Plaintiff's religion (state your religion _____ )

❑ Plaintiff's national origin (state your national origin _____ )

❑ Plaintiff's age (state your date of birth _____ )

❑ Plaintiff's disability (state your disability _____ )

☑ Plaintiff's earlier complaint of discrimination or opposition to acts of discrimination. (If you
are alleging Retaliation, state the acts or events that you claim constitute retaliation:
Reported Milk McGuffie to Joni Cooley
about Milk's harassment by formenting me with
Civil War Relics)

The acts or omissions stated above are: ❑ still being committed or omitted by Defendant; or,

☑ no longer being committed or omitted by Defendant.

-3-

11. State **specifically** and **briefly** what Defendant, or Defendant's agents, or Defendant's employees did that constitutes discrimination against **you personally**. Include in your statement **specific dates** and **specific events or acts**, and any **specific comments or statements** made by Defendant, Defendant's agents, or Defendant's employees pertaining to your discrimination claim.

Mike contiously shared civil war relics and horror stories with me. He sent videos to me about civil war events He sent a video of him in civil war uniform. He showed pictures of civil war battles. He drove me to a secluded area, placed his gun on console, and stated A person could disppear out here

12. State the names of witnesses who would testify for you or on your behalf, and state **briefly** what they would say.

| WITNESS'S NAME | WHAT THIS WITNESS WOULD SAY |
|---|---|
| Tawana Nails | that I was frightened by Mike behavior |
| Angel Harris | that Mike was abusive to me and wished to frighten me |
| Daniel Umfrees | Mike had it out for me |
| Skip Roberts | Mike was trying to get rid of me |
| Mark Jenkins | Mike wanted me gone |
| Charles Foster | Mike was trying to get me out of plant |
| Colleen Irby | Mike sent tape of civil war to me |
| Ketra Mosely | Mike called me A racist comment |

-4-

13. Name all **documents** that you know of which would support your claim and state **briefly** what each document says or shows.

| DOCUMENT | WHAT THE DOCUMENT SAYS OR SHOWS |
|---|---|
| EEOC Document | Mistreatment |
| Statement | Actual items |
| Civil war article | I was tormented with |
| Mike McGaha in Uniform | He created a hostile environme |
| Racial Pictures | Hostile work environme |

14. (If applicable) Plaintiff has attached to this Complaint a copy of the charge Plaintiff filed with the EEOC. This charge is submitted as a brief statement of the facts supporting this Complaint.

15. Plaintiff requests that the court grant Plaintiff the following relief:

☑ Defendant be ordered to employ Plaintiff

☐ Defendant be ordered to re-employ Plaintiff

☐ Defendant be ordered to promote Plaintiff

☐ Defendant be ordered to _____
_____
_____
_____
_____

and that the court give Plaintiff such other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys' fees.

-5-

16. I declare or certify or verify or state under penalty of perjury that the facts and statements in this Complaint are true and correct.

Date: _2/28/2017_

.......................................................................
Plaintiff's Signature

_Trent A Horton_
Plaintiff's Printed Name

_5159 Race Point Pl_
Plaintiff's Street or P.O. Box Address

_Woodbridg___  _VA___  _22193_
City              State        ZIP

_601-874-1764_
Plaintiff's Telephone Number

-6-

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Trent A. Horton<br>115 Drake Ave.<br>Aberdeen, MS 39730 | From: | Memphis District Office<br>1407 Union Avenue<br>Suite 901<br>Memphis, TN 38104 |

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 490-2015-01183 | Candice Macon,<br>Federal Investigator | (901) 544-0150 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
### (See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Katharine W. Kores,
Director

DEC 2 0 2016

(Date Mailed)

Enclosures(s)

cc:   LaToya C. Merritt, Partner
Phelps Dunbar, LLP
Po Box 16114
Jackson, MS 39236-6114

U.S. Equal Employment Opportunity Commission
Memphis District Office; Attn: _____  _____
1407 Union Avenue. Suite 900
Memphis, TN 38104-3629

OFFICIAL BUSINESS
Penalty for Private Use $300

MEMPHIS
TN 380
20 DEC '16
PM 4 L



Trent A. Horton
115 Drake Ave.
Aberdeen, MS 39730

Attn: Unit 2

39730-232915